**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

WILLIAM EARL ROSS,                                    )
                          Plaintiff,                  )
            vs.                                       )          No. 1:03-cv-1700-SEB-VSS
                                                      )
SUPERINTENDENT STAN KNIGHT, et al.,                   )
                                                      )
                          Defendants.                 )

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motions for summary judgment
are **granted** and that judgment is entered for the defendants and against the plaintiff.  The
dismissal of the claim for injunctive relief is for lack of subject matter jurisdiction.

Date: 12/08/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Donald G. Banta
INDIANA STATE ATTORNEY GENERAL
Donald.Banta@atg.in.gov

Andrew Ryzard Bloch
ZEIGLER COHEN & KOCH
abloch@zcklaw.com

Betsy M. Isenberg
INDIANA STATE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

Roger K. Kanne
ZEIGLER COHEN & KOCH
rkanne@zcklaw.com

William Ross
c/o Volunteers of America
611 N. Capitol Ave.
Indianapolis, IN 46204